IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ERIC CRUZ**                                                                                                    **PLAINTIFF**

v.                                         Case No: 4:21-cv-00078 BRW

**PULASKI COUNTY REGIONAL**
**DETENTION FACILITY,** *et al.*                                                              **DEFENDANTS**

## ORDER

On January 28, 2021, United States Magistrate Judge Patricia Harris entered an order informing Mr. Cruz that he must file a complete application to proceed *in forma pauperis* ("IFP") or pay the full filing and administrative fees within 30 days.[1] Mr. Cruz was warned that his complaint may be dismissed if he did not do so. It has been over 30 days since Mr. Cruz was directed to file a complete IFP application or pay the full filing and administrative fees, and he has not done so. Accordingly, this case is DISMISSED without prejudice for failure to comply with Local Rule 5.5(c)(2), failure to respond to court orders, and for failure to prosecute.[2]

IT IS SO ORDERED this 8th day of March, 2021.

                                                  Billy Roy Wilson
                                                  UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 3.

[2] *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).