IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ERIC CRUZ                                                                                                PLAINTIFF

v.                               Case No: 4:21-cv-00078 BRW

PULASKI COUNTY REGIONAL
DETENTION FACILITY, *et al.*                                                         DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

IT IS SO ORDERED this 8th day of March, 2021.

                                        Billy Roy Wilson_____
                                        UNITED STATES DISTRICT JUDGE